**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7082**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

ANTONIO GERMAINE JOHNSON,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Senior District Judge.  (4:02-cr-00579-CWH-1)

_____

Submitted:  January 5, 2017      Decided:  January 18, 2017

_____

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antonio Germaine Johnson, Appellant Pro Se.  Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, William E. Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Germaine Johnson appeals the district court's order granting a postjudgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>